1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LEANDRO LEONEL GONZALEZ              Case No.   2:18-cv-00767-KJM-JDP
     CASTILLO,
12                                        ORDER DIRECTING DEFENDANT TO
                         Plaintiff,       RESPOND TO PLAINTIFF'S REQUEST TO
13                                        PARTICIPATE IN MEDIATION
             v.
14                                        RESPONSE DUE WITHIN 14 DAYS
     E. OCHOA,
15
                         Defendant.
16

17
             Plaintiff indicates an interest in participating in a court settlement conference.  ECF No.
18
     31.  Defendant is directed to indicate whether court settlement would be beneficial at this time.
19
     Defendant's response is due within 14 days.
20
     Dated: October 15, 2020
21

22

23                                       UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28