UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANDRO LEONEL GONZALEZ CASTILLO,<br><br>          Plaintiff,<br><br>     v.<br><br>E. OCHOA,<br><br>          Defendant. | Case No.  2:18-cv-00767-KJM-JDP (PC)<br><br>ORDER CONSTRUING PLAINTIFF'S FILING AS A MOTION AND DENYING THE MOTION WITHOUT PREJUDICE<br><br>ECF No. 31 |

   On October 13, 2020, plaintiff requested a court settlement conference.  ECF No. 31.  Defendant, however, does not believe that a settlement conference would be beneficial at this time.  ECF No. 33.  Thus, the court will not mandate a settlement conference at this time.  The parties are encouraged to reconsider settlement after the close of discovery.

   Accordingly,

   1. The court construes plaintiff's filing, ECF No. 31, as a motion.

   2. Plaintiff's motion for a settlement conference, ECF No. 31, is denied without prejudice.

IT IS SO ORDERED.

Dated:   November 12, 2020                    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE